IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MABLE BEALER NEWSOM                                          PETITIONER

VS.                      CASE NO. 4:06CV00865 GTE

DAVID GUNTHARP, In
His Capacity as the Director
of the Arkansas Department of
Community Corrections for the
Little Rock Probation Office                                RESPONDENT

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. There have been no objections. After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety. Judgment shall be entered accordingly.

SO ORDERED this   24th   day of March, 2008.

                                                 /s/Garnett Thomas Eisele
                                              UNITED STATES DISTRICT JUDGE