IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MABLE BEALER NEWSOM                                                    PETITIONER

VS.                          CASE NO. 4:06CV00865 GTE

DAVID GUNTHARP, In
His Capacity as the Director
of the Arkansas Department of
Community Corrections for the
Little Rock Probation Office                                           RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied. Counsel's Motion to be Relieved (DE #29) is hereby granted.

SO ADJUDGED this    24th    day of March, 2008.


　　　　　　　　　　　　　　　　　　　　 /s/Garnett Thomas Eisele
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE